IDA MAY ADAMS v. ROLAND ADAMS.

187 So. 382.
Division B.
Opinion Filed March 17, 1939.

R. H. *Odom* and *Newcomb Barrs,* for Appellant;

R. C. *Dowling* and *W. H. Harwick,* for Appellee.

PER CURIAM.—This cause coming on to be heard upon the transcript of the record and the briefs and oral argument of counsel, the Court finds no error in the record and the order appealed from is therefore affirmed.

Affirmed.

WHITFIELD, P. J., and BROWN and CHAPMAN, J. J., concur.

TERRELL, C. J., concurs in the opinion and judgment.

Justices BUFORD and THOMAS, not participating as authorized by Section 4687 Compiled General Laws of 1927 and Rule 21-A of the Rules of this Court.